UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GARY A. COLLYARD, COLLYARD GROUP, LLC, PAUL D. CRAWFORD, CRAWFORD CAPITAL CORP., RONALD MUSICH, JOSHUA J. SINGER, MICHAEL B. SPADINO, MARKETING CONCEPTS, INC., AND CHRISTOPHER C. WEIDES,<br><br>Defendants. | Civ. Act. No. 11-cv-3656 (JNE/JJK) |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
RENEWED MOTION FOR SUMMARY JUDGMENT
<u>AGAINST DEFENDANT COLLYARD GROUP, LLC</u>**

Plaintiff Securities and Exchange Commission ("SEC"), pursuant to Federal Rule of Civil Procedure 56, hereby renews its motion for summary judgment on Counts I, II, and III of its First Amended Complaint [ECF No. 95] against Defendant Collyard Group, LLC. This motion is based on the SEC's Memorandum of Law in support of the motion, the pleadings on file, and all files, records, and proceedings herein.

//

//

Dated: September 17, 2015

Respectfully submitted,

s/ Timothy J. Stockwell
Jonathan Polish
Charles J. Kerstetter
Timothy J. Stockwell (D.C. Bar #484238)
U.S. Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, Illinois 60604
T. 312-596-6049 (Stockwell)
stockwellt@sec.gov

*Attorneys for Plaintiff*