# UNITED STATES DISTRICT COURT
## District of Minnesota

United States Securities and Exchange Commission

                          Plaintiff,

v.

Gary A. Collyard, Collyard Group, LLC, Paul D. Crawford, Crawford Capital Corp., Ronald Musich, Joshua J. Singer, Michael B. Spadino, Marketing Concepts, Inc., and Christopher C. Weides,

                          Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  11-cv-03656-JNE-JJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants, Paul D. Crawford ("Crawford") and Crawford Capital Corp. ("CCC"),  are jointly and severally liable for disgorgement of $240,000, together with prejudgment interest in the amount of $128,692.22.

2. Defendants,  Paul D. Crawford ("Crawford") and Crawford Capital Corp. ("CCC"), shall satisfy this obligation by paying disgorgement of $240,000 and prejudgment interest of $128,692.22 to the SEC within 14 days after entry of this Judgment.

3. Defendants, Paul D. Crawford ("Crawford") and Crawford Capital Corp. ("CCC"),  may transmit payment electronically to the SEC, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendants may also pay by certified check, bank cashier's check, or United States postal money order payable to the SEC, which shall be delivered or mailed to:

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Defendant Crawford or CCC (as applicable) as a defendant in this action; and specifying that payment is made pursuant to this Judgment.

4. Defendants, Paul D. Crawford ("Crawford") and Crawford Capital Corp. ("CCC"), shall simultaneously transmit photocopies of evidence of payment and case identifying information to the SEC's counsel in this action. By making this payment, Defendants, Paul D. Crawford ("Crawford") and Crawford Capital Corp. ("CCC"), relinquish all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendants, Paul D. Crawford ("Crawford") and Crawford Capital Corp. ("CCC"). The SEC shall send the funds paid pursuant to this Judgment to the United States Treasury.

5. The SEC may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Defendants, Paul D. Crawford ("Crawford") and Crawford Capital Corp. ("CCC"), shall jointly and severally pay postjudgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

6. The Court shall retain jurisdiction of this matter for all purposes, including, but not limited to, enforcement of the terms of this Judgment.

7. There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is hereby directed to enter this Judgment forthwith and without further notice.

Date: 1/28/2016

RICHARD D. SLETTEN, CLERK

s/Thomas Schappa

(By)   Thomas Schappa, Deputy Clerk