UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States Securities and Exchange
Commission,

        Plaintiff,

v.

Gary A. Collyard, Collyard Group, LLC,
Paul D. Crawford, Crawford Capital Corp.,
Ronald Musich, Joshua J. Singer, Michael
B. Spadino, Marketing Concepts, Inc., and
Christopher C. Weides,

        Defendants.

Case No. 11-cv-3656 (JNE/BRT)
ORDER

        The United States Securities and Exchange Commission sued Defendants Gary A. Collyard; Collyard Group, LLC; Paul D. Crawford; Crawford Capital Corp.; Ronald Musich; Joshua J. Singer; Michael B. Spadino; Marketing Concepts, Inc.; and Christopher C. Weides for violations of the securities laws.

        The Court entered a Final Judgment and Permanent Injunction and Other Relief as to Joshua J. Singer on April 8, 2013.

        The Court entered a Final Judgment and Permanent Injunction and Other Relief as to Ronald Musich on July 11, 2013.

        The Court entered a Final Judgment and Permanent Injunction and Other Relief as to Defendants Michael B. Spadino and Marketing Concepts, Inc., on January 13, 2014.

        The Court granted summary judgment and entered a permanent injunction against Gary A. Collyard on April 6, 2015.

        The Court entered a Judgment and Order of Permanent Injunction and Other Relief as to Christopher C. Weides on April 7, 2015.  On December 9, 2015, the Court ordered disgorgement

as to Weides and judgment was accordingly entered and then amended December 17, 2015.

The Court granted summary judgment against Collyard Group, LLC, on December 9, 2015.

The Court granted summary judgment and entered a permanent injunction against Paul D. Crawford and Crawford Capital Corp. on December 9, 2015. On January 28, 2016, the Court decided the last of the rights and liabilities of all defendants on all claims when it entered a disgorgement order and judgment as to Crawford and Crawford Capital Corp.

Crawford appealed the Court's December 9, 2015 order on summary judgment and injunction and the January 28, 2016 disgorgement order. On August 21, 2017, the Court received the Mandate of the Court of Appeals concerning Crawford's appeal. Pursuant to the Opinion and Judgment of the Court of Appeals [Dkt. Nos. 199 & 200], the Court's January 28, 2016 order and judgment [Dkt. Nos. 193 & 194] were vacated. Therefore, the Clerk of Court is DIRECTED to modify the docket to reflect that Dkt. No. 194 is VACATED.

IT IS SO ORDERED.

Dated: August 25, 2017               s/ Joan N. Ericksen
                                     JOAN N. ERICKSEN
                                     United States District Judge